**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-04-144-PCT-JAT |
|     Plaintiff, ) | |
| ) | **DETENTION ORDER** |
| vs. ) | |
| Melvin Stewart, ) | |
|     Defendant. ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on June 21, 2013.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 24th day of June, 2013.

Lawrence O. Anderson
United States Magistrate Judge